FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 4 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

************************************************************

CRAYTONIA BADGER                             PETITIONER

V.                      CASE: 4:22-cv-00024-JM-ERE

DEXTER PAYNE, ADC DIRECTOR                   RESPONDENTS

************************************************************

## Motion For An Evidential Hearing On 2254 Motion

************************************************************

**COMES NOW**, Craytonia Badger the Petitioner pursuant to Fed. R. Civ. P Rule 8 hereby request an evidential hearing, and would show the court the following:

1. On or about December 2, 2021, the Petitioner filed in this court a 2254 motion to vacate, or set aside his conviction and sentence pursuant to 18 U.S.C 2254.

2. The court has not dismissed Petitioner's motion, the motion for relief under 2254 is currently pending before this court for disposition of such motion.

This case assigned to District Judge Moody
and to Magistrate Judge Ervin

## STANDARD OF REVIEW

1. In Petitioner's motion for relief pursuant to 2254, the Petitioner asserted (7) seven grounds for relief, all which are all ineffective assistance of counsel claims, except for ground two in which Petitioner claims that he's entitled to relief under <u>Brady v. Maryland</u>, 373 U S 83, 83 S.Ct. 1194, 10 L.Ed 2d. 215 (1963)

2. In ground one of Petitioner's application pursuant to 2253 he shown that he's actually innocent of all convictions by the way of trial Counsel's negligence in failing to investigate and uncover certain documents that would have proven his innocence in the trial court. An evidential hearing on this ground alone is needed to develop a record and to resolve the factual dispute where the records does not conclusively show that Petitioner is not entitled to any relief.

3. In ground two of Petitioner's application pursue to 2254, the records conclusively show that Petitioner is entitled to relief wherein the trial court records conclusively show that trial Counsel requested that the prosecutor's office provide discovery, specifically exculpatory evidence. In response to the trial Counsel's request, the prosecutor's office did not provide the "Offender Log Report", for which was exculpatory evidence that contained information that Petitioner never left the Columbia County Jail. <u>Exhibit A</u> *see* also; <u>Brady v. Maryland</u>, 373 U S 83, 83 S.Ct. 1194, 10 L.Ed 2d. 215 (1963). In *Brady*, the United States Supreme Court held that "the suppression by the prosecutor of evidence favorable to an accused upon request violates due process where the evidence is material to either

guilt of punishment, irrespective of the food faith or bad faith of the prosecution. An evidential hearing shall be required to develope a record where one wasn't developed in the trial court, and to resolve the factual dispute that also wasn't resolved in the trial court.

4. In ground seven of Petitioner's application pursuant to 2254 ,the record alone does not conclusively show Petitioner's is entitled to relief. However, in a Evidential Hearing where a record can be developed, the Petitioner assure the court that he can show the court that he was deprived of a public trial. This is because an evidential hearing will give him the ability to present Columbia County Sheriff Deputies who would otherwise not write an affidavit admitting they denied the public access to Petitioner's trial.

Respectfully Submitted By,

Craytonia Badger #162710
East Arkansas Regional Unit
Post Office Box 970
Marianna, Arkansas 72360

## CERTIFICATE OF SERVICE

I, Craytonia Badger, hereby certify that a true and correct copy of this motion had been forwarded to the following by first class pre paid mail:

Arkansas State Attorney General Office
323 Center St
Little Rock, Arkansas

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 JAN 14  A 9 20

TAMMY H DOWNS

1/10/22

Dear Clerk,

Recently I mailed to this court an "Writ of Habeas Corpus 2241 along with a $5.00 check. To this date I have not recieved any response or proof of filing for this court in response to the writ. However, if possible, please review your records to ensure the writ has been filed. I do not no the case number, because I have not recieved a file mark copy. In such case you locate this case, would you please file the attached motions in the same case under that particular case number.

Thank You,

Craytonia Badger #162710
East Arkansas Regional Unit
P.O Box 970
Marianna, AR 72360

Craytonia Badger #162710
East Arkansas Regional Unit
P.O Box 970
Marianna, AR 72360

NEOPOST
01/11/2022
US POSTAGE

Clerk of Court
United States District Court
600 W. Capitol Avenue
Suite A-140
Little Rock, AR 72201-3325