IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAYTONIA BADGER**                                                                                                  **PETITIONER**
**ADC #162710**

VS.                                          NO. 4:22-CV-00024-JM-ERE

**DEXTER PAYNE, Director, ADC**                                                                      **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and Plaintiff's motion to withdraw pleadings. After carefully considering these documents and after a *de novo* review of the record in this case, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the § 2254 petition is DISMISSED. The motion for leave to proceed in forma pauperis and the motion for appointment of counsel are DENIED *(Docs. 1, 3)*. Plaintiff's motion to withdraw pleadings *(Doc. 6)* is MOOT. Along with this Order, the Clerk is directed to send Plaintiff a copy of his petition *(Doc. 2)* and the docket. Therefore, Plaintiff's motion for copies *(Doc. 5)* is GRANTED. Judgment will be entered for Respondent in this case.

DATED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE