IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAYTONIA BADGER**                                                                                       **PETITIONER**
**ADC #162710**

**VS.**            **NO. 4:22-CV-00024-JM-ERE**

**DEXTER PAYNE, Director, ADC**                                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, the § 2254 petition is DISMISSED and judgment is entered in favor of Respondent.

DATED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE